IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMOD-KHALIL ROHN, | ) |
| | ) 2:07cv783 |
| Plaintiff, | ) Electronic Filing |
| | ) |
| v. | ) Judge Cercone |
| | ) Magistrate Judge Caiazza |
| DR. JEFFREY A. BEARD, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This prisoner civil rights suit was commenced on June 8, 2007, with the filing of petition to proceed in forma pauperis, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on November 19, 2007, recommended that the Defendants' Motion to Dismiss be granted. The parties were allowed ten days from the date of service to file objections. The Plaintiff filed objections on November 28, 2007.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 19th day of December, 2007,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (Doc. 22) is GRANTED. The Clerk is directed to mark this CASE CLOSED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 28), dated November 19, 2007, is adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

cc: Jamod-Khalil Rohn
 EA4792
 SCI Fayette
 P.O. Box 9999
 LaBelle, PA 15450-0999

 Kemal Alexander Mericli, Esquire
 Office of the Attorney General
 6th Floor, Manor Complex
 564 Forbes Avenue
 Pittsburgh, PA 15219